MAGGIE E. HESSEN and Others, Respondents, v. WILLIAM J. BYRNES, Appellant. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE ARTHUR A. JOHNSON CORPORATION, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

WOLFE B. FEIGENBAUM, Individually and as a Stockholder of Folkland Apartments, Inc., for and on Behalf of Himself and All Stockholders of Said Folkland Apartments, Inc., Respondent, v. BENJAMIN FEIGENBAUM and Others, Defendants, Impleaded with NEW YORK STATE TEACHERS' RETIREMENT SYSTEM and BANKERS TRUST COMPANY, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ANNA A. BURGEVIN, as Administratrix, etc., of JULIUS V. BURGEVIN, Deceased, Respondent, v. CASHMAN LAUNDRY CORPORATION and THOMAS J. OLWELL, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

CECILE B. APPLETON, Appellant, v. NEW YORK STEAM CORPORATION, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

PARK & TILFORD, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Defendant, Impleaded with MOTOR TRUCK RENTING CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

FRANK LEONARD, Respondent, v. ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY, Appellant.— Determination unanimously affirmed, with costs and disbursements, and judgment absolute directed in favor of the plaintiff against the defendant pursuant to stipulation. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ABRAHAM ROZMAN, Respondent, v. JOSEPH CHROMOW and MORRIS POVMAN, Individually and as Copartners, etc., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

LOUIS GALLOPIN, Appellant, v. ANGLO-SOUTH AMERICAN TRUST COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore and Cohn, JJ.

LESTER C. SCOTT, as Administrator De Bonis Non of the Estate of STEWART G. B. GOURLAY, Deceased, Appellant, v. AMERICAN SURETY COMPANY OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

PAUL H. GORDON, Respondent, v. LOUIS EDWARD STEMMLER, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P.. J., Glennon, Dore, Cohn and Callahan, JJ.